**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO:  8:08-CR-68-T-30TBM

RONALD ALAN LUPI,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Government's Motion to Dismiss Indictment (Dkt. #19).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Government's Motion to Dismiss Indictment (Dkt. #19) is GRANTED.

2.    The Indictment is dismissed without prejudice.

3.    The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2008\08-cr-68.dismissal 19